JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM R. PLETCHER (CABN 212664)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3689
   Facsimile:  (510) 637-3724
   E-Mail:     Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 02-40120 CW |
|---|---|---|
| Plaintiff, | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| DARRYL D. WILLIAMS, | ) | |
| Defendant. | ) | |

TO:    The Honorable Donna M. Ryu, United States Magistrate Judge of the United States District Court for the Northern District of California:

Special Assistant United States Attorney William R. Pletcher respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DARRYL D. WILLIAMS (PFN BJQ171), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 02-40120 CW

1  defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court
2  issue the Writ as presented.

4  Dated: May 21, 2010                    Respectfully submitted,

5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

8           /s/
   WILLIAM R. PLETCHER
   Special Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 02-40120 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-40120 CW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DARRYL D. WILLIAMS, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DARRYL D. WILLIAMS (PFN BJQ171) before the Honorable Claudia Wilken, United States District Court Judge, at 2:00 p.m. on Wednesday, June 9, 2010 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: May 24, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 02-40120 CW